BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-00121-EFB |
| Plaintiff, | |
| v. | **ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| DOUGLAS VANHORNE, | |
| Defendant. | |

The Court has read and considered the Stipulation for Exclusion of Time and Waiver of Time Limits filed by the parties in this matter on April 19, 2013.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an exclusion of time pursuant to the applicable law.  18 U.S.C. § 3161(h)(7)(A).

THEREFORE:

1. For the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2. Therefore, the time between April 29, 2013, and May 20, 2013, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

[PROPOSED] ORDER                              1

3. The Court further finds that the defendant has waived his right to a preliminary hearing within the time limits set forth in Rule 5.1(c) of the Federal Rules of Criminal Procedure, as permitted in Rule 5.1(d).

4. The preliminary hearing currently scheduled for April 29, 2013, shall be rescheduled to May 20, 2013.

IT IS SO ORDERED.

Dated: April 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER            2